IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                            CASE NO: 3:05cr99-006

SCOTT MONTGOMERY,
    Defendant.
_____/

## ORDER REDUCING SENTENCE

Defendant's sentence of confinement is hereby reduced from 120 months to 60 months. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 27 December 2005 shall remain unchanged.

**ORDERED** this 19th day of June 2009.

                                                 s/*L.A. Collier*
                                                 LACEY A. COLLIER
                                       Senior United States District Judge